```
Jane H. Barrett (State Bar No. 53115)
Carol S. Arnold (State Bar No. 175758)
Mark B. Tuvim (State Bar No. 162712)
Preston Gates & Ellis LLP
725 South Figueroa Street, Suite 2100
Los Angeles, California 90017-5524
Phone:  (213) 624-2395
Fax:    (213) 624-5924

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SAUNDERS, MARIA SAUNDERS, VANESSA M. SAUNDERS, A Minor, By and through her Guardian Ad Litem, MARIA SAUNDERS, and BRANDON M. SAUNDERS, A Minor, By and through her Guardian Ad Litem, MARIA SAUNDERS,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK, BURLINGON NORTHERN SANTE FE RAILROAD, ATCHISON, TOPEKA AND SANTE FE RAILWAY, THE STATE OF ARIZONA, W.F. CATTLE COMPANY, HOWARD GROUNDS and BETTY GROUNDS, and DOES 1 to 50,<br><br>Defendants. | Case No. CV 98-7188 LGB (RNBx)<br><br>STIPULATION FOR DISMISSAL; [Proposed] ORDER THEREON<br><br> |

Whereas Plaintiffs GREGORY SAUNDERS, MARIA SAUNDERS, VANESSA M. SAUNDERS, A Minor, By and through her Guardian Ad Litem, MARIA SAUNDERS, and BRANDON M. SAUNDERS, A Minor, By and through her Guardian Ad Litem, MARIA SAUNDERS (collectively, the "Plaintiffs") and Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("Defendant")



1.

have executed a Release of All Claims discharging and releasing any and all claims which exist or which could have existed in this action as to all parties, and the Court has approved the compromises of the minors' claims;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective attorneys of record, as follows:

1. This action is hereby dismissed with prejudice in its entirety as to all parties pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Plaintiffs and Defendant are to bear their own costs and attorneys' fees.

DATED: December 10, 1998

LAW OFFICES OF LAWRENCE C. CRUZ
LAWRENCE C. CRUZ

By: _____
Attorney for PLAINTIFFS
GREGORY SAUNDERS, MARIA SAUNDERS, VANESSA M. SAUNDERS, A Minor, By and through her Guardian Ad Litem, MARIA SAUNDERS, and BRANDON M. SAUNDERS, A Minor, By and through her Guardian Ad Litem, MARIA SAUNDERS

DATED: December 11, 1998

PRESTON GATES & ELLIS LLP
JANE H. BARRETT
CAROL S. ARNOLD
MARK B. TUVIM

By: _____
Attorneys for DEFENDANT
NATIONAL RAILROAD PASSENGER CORPORATION

**ORDER**

The Court having considered the stipulation of counsel, and good cause appearing thereto:

This action is dismissed with prejudice in its entirety as to all parties pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs and Defendant are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 16, 1998

_____
Honorable Lourdes G. Baird
United States District Court,
Central District of California

# PROOF OF SERVICE BY MAIL

I, Kim Speese-Zeno, declare as follows:

I am a citizen of the United States and a resident of the County of Los Angeles; over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Preston Gates & Ellis, LLP located at 725 South Figueroa Street, Suite 2100, Los Angeles, California 90017. I am readily familiar with Preston Gates & Ellis LLP's business practice for collection and processing of correspondence for mailing with the United States Postal Service and am aware that envelopes placed for collection and mailing within the firm of Preston Gates & Ellis LLP will be deposited with the United States Postal Service on the same day for first-class mailing in the ordinary course of business. I served the within **STIPULATION FOR DISMISSAL; [Proposed] ORDER THEREON** in said cause, by placing a true and correct copy thereof in envelopes addressed as follows:

> Lawrence C. Cruz, Esq.
> 421 N. Brookhurst Street
> Suite 200
> Anaheim, California 92801-5619

and by then sealing said envelopes and placing them for collection and mailing on December 14, 1998, following Preston Gates & Ellis LLP's ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 1998, at Los Angeles, California.

_____
Kim Speese-Zeno

K:\50296-00.078\mbt\pos.doc

4